UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYCE MCLEMORE,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIN HOUSING AUTHORITY, et al.,<br><br>    Defendants. | Case No. 20-cv-05431-JD<br><br>**ORDER TO SHOW CAUSE** |

The Court set a case management conference for February 9, 2023, and directed the parties to file a joint case management statement by February 2, 2023. Dkt. No. 43. No statements were filed, and neither party appeared at the hearing. The absences were unexcused. Dkt. No. 46.

This is not the first time that counsel for plaintiffs, Stanley Goff, and counsel for defendants, Clay Coelho, have failed to comply with court orders in this case. The docket indicates that neither party timely filed the requisite submissions for a settlement conference with Magistrate Judge Kandis Westmore. *See* Dkt. Nos. 39, 40. The Court is advised that a further settlement conference with Judge Westmore has been set for February 10, 2023. Dkt. No. 45.

These defaults are well below the standard of professionalism expected of all counsel in this District. They are substantially interfering with the fair and efficient adjudication of this case. Attorney Goff and attorney Coelho are ordered to show cause in writing by February 23, 2023, why they should not each be referred to the District's Standing Committee on Professional Conduct.

**IT IS SO ORDERED.**

Dated: February 9, 2023

JAMES DONATO
United States District Judge